IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00045-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KATHLEEN PETERS,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a hearing on supervised release violation is set for **April 9, 2010 at 2:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED February 8, 2010.